UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERARDO GUERRERO,

                 Petitioner,

     v.

BRUCE SCOTT, et al.,

                 Respondents.

Case No. 2:26-cv-02358-TMC

ORDER DENYING HABEAS PETITION

## I.    ORDER

Petitioner Gerardo Guerrero is an individual who was detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington. He petitions the Court under 28 U.S.C. § 2241 for relief from physical custody, arguing that his detention has become indefinite in violation of the Immigration and Nationality Act ("INA") and that he is entitled to release or a bond hearing. Dkt. 1 at 2.

In response to the petition, the government provided evidence that (1) Petitioner is a Mexican national detained pursuant to summary removal proceedings under 8 U.S.C. § 1231(a)(5) as a noncitizen who re-entered after having been previously removed; (2) Petitioner was detained on May 28, 2026; (3) Petitioner had a credible fear interview on June 18, where U.S. Citizenship and Immigration Services determined that he did not have a reasonable fear of

ORDER DENYING HABEAS PETITION - 1

persecution or torture upon return to Mexico, and Petitioner did not request an Immigration Judge's review of this determination; and (4) Petitioner has received a Notice to Removed Aliens Who May Be Seeking Judicial Review, or Form 71-041. Dkt. 12.

It is unclear whether Petitioner has been deported as of the date of this order. Petitioner did not reply or otherwise contest the above facts. But if Petitioner has not already been deported, it is likely that he will be deported in the reasonably foreseeable future and that his detention does not violate the INA as construed in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) (holding that the "presumptively reasonable" period for detention following a removal order is six months). The petition for writ of habeas corpus (Dkt. 1) is therefore DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 11th day of August, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING HABEAS PETITION - 2